No. 33,971

G. H. LEIDENHEIMER BAKING COMPANY, LTD., *Appellant*, v. THE ENNS MILLING COMPANY, *Appellee*.

(84 P. 2d 940)

Opinion filed December 10, 1938.

*Glenn Porter, Getto McDonald, Dwight S. Wallace, William Tinker* and *Claude I. Depew,* all of Wichita, for the appellant.

*J. L. Galle, Robert O. Mason,* both of McPherson, *Austin M. Cowan, C. A. McCorkle, W. A. Kahrs, Robert H. Nelson* and *Henry L. Butler,* all of Wichita, for the appellee.

*Robert C. Foulston, Carl T. Smith,* both of Wichita, *B. I. Litowich,* of Salina, *Morelock & Lamb,* of Washington, D. C., and *Neal Sullivan,* of Newkirk, Okla., as *amici curiae.*

The opinion of the court was delivered by

ALLEN, J.: The appeal in this case is from the order and judgment of the trial court sustaining a demurrer to plaintiff's petition. The appeal involves the same questions presented in the case of *G. S.*

*Johnson Co. v. N. Sauer Milling Co.*, this day decided. See *post*, p. 861. For the reasons therein stated, we hold the petition herein fails to state a cause of action.

The judgment is affirmed.